# NRDC

February 7, 2020

**By ECF**
Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *Environmental Justice Health Alliance for Chemical Policy Reform et al. v. EPA et al.*, 19-cv-02516 (VM)

Dear Judge Marrero:

      We write to inform the Court that shortly after finalizing our February 3, 2020 letter, the Office of the Federal Register published the notice of the proposed Consent Decree. 85 Fed. Reg. 5955 (Feb. 3, 2020), *available at* https://www.federalregister.gov/documents/2020/02/03/2020-01998/proposed-consent-decree-clean-water-act-and-administrative-procedures-act-claims. Attached as exhibits to this letter are the Federal Register notice and proposed Consent Decree. Any public comments are due by March 4. Accordingly, by March 11, the parties will either: (1) submit the proposed Consent Decree to the Court for review and approval; or (2) provide another status update to the Court.

      For the avoidance of doubt, the parties are not requesting any action by the Court on the proposed Consent Decree at this time.

      Respectfully,

_____
Kaitlin Morrison (KM5240)
Natural Resources Defense Council
20 W. 40th St., 11th Floor
New York, NY 10011
kmorrison@nrdc.org
*Counsel for Plaintiffs*

cc: Counsel for Defendants (via ECF)